1    Scott A. Flaxman SBN 241285
2    700 Larkspur Landing Circle, Suite #199
     Larkspur, California 94939
3    (415) 702-7032

4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

6

**SAN FRANCISCO/OAKLAND DIVISION**

7

8

9    TIANQING LI,

10

11          PLAINTIFF,

12

13       V.

14    PHILLIP MUMMAH,

15

16          DEFENDANT.

17

18    PHILLIP MUMMAH,

19

20          CROSS-COMPLAINTANT

21

22       V.

23    SCOTT A. FLAXMAN

24          CROSS-DEFENDANT

25

**NOTICE OF REMOVAL OF CROSS-COMPLAINT BY CROSS-DEFENDANT SCOTT A. FLAXMAN**

**[Removal from Superior Court of California,
County of Santa Clara,
Case No.: 21CV389929]**

Original Action Filed by Plaintiff Tianqing Li against Cross-Complainant:
**December 22, 2020**

26

27

28    NOTICE OF REMOVAL OF CROSS-COMPLAINT BY CROSS-DEFENDANT SCOTT A.
FLAXMAN[REMOVAL FROM SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, CASE
NO.: 21CV389929] - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, Cross Defendant Scott A. Flaxman hereby removes the Cross-Complaint contained within the above-captioned action to this Court from the Superior Court of California, County of Santa Clara.

Scott A. Flaxman is the Cross-Defendant in the civil action brought on December 22, 2020 in the Superior Court of California, County of Santa Clara.

**Grounds for Removal**

The Cross-Complaint is removable under 28 U.S.C. §1441(a) because the Cross-Complaint is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. §1331. Specifically, Cross-Complainant's principal claim for relief concerns the Federal Fair Debt Collections Practices Act (FDCPA) and Cross-Complainant is asserting the right to recover for this on the conclusory allegation of Cross Defendant being a "debt collector" as defined by the FDCPA.  Cross-Defendant respectfully requests this Court to take Judicial Notice of all the Case Files of Superior Court of California, County of Santa Clara **Case No.: 21CV389929.**

Cross-Complainant's initial pleadings have never been properly served on Cross-Defendant.

NOTICE OF REMOVAL OF CROSS-COMPLAINT BY CROSS-DEFENDANT SCOTT A. FLAXMAN[REMOVAL FROM SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, CASE NO.: 21CV389929] - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. §1446(a), Defendant attaches to this notice the following papers, which are all of the process, pleadings, and orders served on it prior to removal of this action:

No orders have been served on Cross-Defendant because Cross Complainant has never properly nor otherwise served Cross-Defendant. Plaintiff in the above referenced case filed her lawsuit on **December 22, 2020**. Scott A. Flaxman, the ostensible cross-defendant, is the Plaintiff's attorney.   On Friday, **October 28, 2022**, (Two Thousand Twenty Two) nearly two years after Plaintiff filed her Complaint and  almost two months after (allegedly) electronically lodging   the cross complaint based on the Fair Debt Collections Practices Act with the clerk of the court, and while the case was still formally referred to Mediation, Defendant's Cross Complaint was hand delivered by some unknown and yet unidentified party to a general reception desk at Scott Flaxman's office which is not an employee of Scott Flaxman but rather an employee of the property management company that leases space to Scott Flaxman in a manila envelope marked with Flaxman's name only, without any return address, time, date or name.

Defendant/Cross-Complainant has been represented by the same attorney since Plaintiff filed her Complaint December 22, 2020 and the same attorney signed the Unverified Cross Complaint that is dated September 2022. (Two Thousand and Twenty-Two) despite the FDCPA's one year statute of limitations and Cross-Complainant's attorney's knowledge that attorney Scott A. Flaxman does not

NOTICE OF REMOVAL OF CROSS-COMPLAINT BY CROSS-DEFENDANT SCOTT A. FLAXMAN[REMOVAL FROM SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, CASE NO.: 21CV389929] - 3

regularly (or otherwise) litigate debt collection lawsuits for third parties and is not a

debt collector as defined by the FDCPA.

Dated: December 3, 2022

                                    Respectfully submitted,

                                    *Scott Flaxman*
                                    _____
                                    Attorney for Cross Defendant
                                    Scott A. Flaxman

NOTICE OF REMOVAL OF CROSS-COMPLAINT BY CROSS-DEFENDANT SCOTT A.
FLAXMAN[REMOVAL FROM SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, CASE
NO.: 21CV389929] - 4