UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANQING LI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP MUMMAH,<br><br>　　　　Defendant and<br>　　　　Cross-Complainant,<br><br>　　v.<br><br>SCOTT A. FLAXMAN,<br><br>　　　　Cross-Claim Defendant. | Case No. 22-cv-07626 NC<br><br>**ORDER REQUESTING RESPONSE TO OSC FROM CROSS-COMPLAINANT MUMMAH; AND CONSENT/DECLINE TO MAGISTRATE JUDGE JURISDICTION BY LI AND MUMMAH**<br><br>Re: ECF 1 |

Scott A. Flaxman sought to remove the cross-claim filed against him in Santa Clara County Superior Court to this Court. ECF 1, Notice of Removal of Cross-Claim. On December 9, 2022, I issued an Order to Show Cause Regarding Removal, asking Flaxman to explain why the case should not be remanded back to the Superior Court under 28 U.S.C. § 1441 and *Home Depot, U.S.A. v. Jackson*, 139 S. Ct. 1743, 1745 (2019). ECF 10. A remand order may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal. 28 U.S.C. § 1447(a). Flaxman responded with a brief the next day, ECF 11, supplemented by exhibits at ECF 12, 13, and 14, and a second brief on December 12, 2022. ECF 15. Flaxman may not file any additional briefs in response to the OSC without further Court permission.

Cross-complainant Phillip Mummah is ordered to respond to the removal and the Court's Order to Show Cause by December 20, 2022. In particular, Mummah should address (1) whether he waives defect in the removal and prefers to litigate the cross-claim in this federal court, *see* ECF 15 at pp. 6-7; and (2) whether he favors or opposes severance of the cross-claim as requested by Flaxman, *see* ECF 15 at pp. 3-4.

Additionally, under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(a) a United States magistrate judge may conduct all proceedings in a civil matter upon the consent of "all parties." *See Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017) (all parties must consent in order for jurisdiction to vest with the magistrate judge pursuant to 28 U.S.C. § 636(c)(1)). Here, Flaxman has consented (ECF 4), but not all parties have consented to the jurisdiction of a magistrate judge under § 636(c). Accordingly, Plaintiff Li and Cross-Complainant Mummah are each asked to file the attached form indicating consent/decline to jurisdiction of a magistrate judge by December 20, 2022.

The Court awaits these filings before taking any further action on the removal to federal court by Flaxman.

**IT IS SO ORDERED.**

Dated: December 13, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge